A91A0310. PIERSON v. THE STATE.
(406 SE2d 578)

CARLEY, Judge.

After a bench trial, appellant was found guilty of driving under the influence. He appeals from the judgment of conviction and sentence entered on the trial court's finding of guilt.

Appellant's enumerations of error relate only to the denial of his pre-trial motion to suppress and only a transcript of the hearing on that motion has been included in the record on appeal. "There being no transcript of the evidence adduced upon the [bench] trial, we can not determine whether the evidence sought to be suppressed was actually introduced . . . , and unless it was introduced, the overruling of the motion to suppress the evidence was harmless, even if error. Under these circumstances, the case must be affirmed as to the al

leged error in [not] suppresing the evidence. . . . [Cit.]" *Stephens v. State*, 119 Ga. App. 674 (168 SE2d 333) (1969). See also *Gilliam v. State*, 124 Ga. App. 493 (184 SE2d 360) (1971).

Judgment affirmed. *Banke, P. J., and Beasley, J., concur.*

DECIDED APRIL 30, 1991.

*J. Wayne Moulton*, for appellant.

*Ralph T. Bowden, Jr., Solicitor, W. Cliff Howard, Paul S. Han, Assistant Solicitors*, for appellee.